IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NATHANIEL ERVIN                               PLAINTIFF

v.                No. 2:20-cv-120-DPM

ANGIE TURNER, Deputy; JOHN DOE,
Deputy; MICHAEL NEAL, Monroe
County Sheriff; MONROE COUNTY,
ARKANSAS; and SOUTHERN
PARAMEDIC SERVICES, INC.                 DEFENDANTS

## ORDER

Joint motion, *Doc. 22*, granted. Defendants Angie Turner, Michael Neal, Deputy John Doe, and Monroe County, Arkansas are dismissed with prejudice. Ervin's claims against Southern Paramedic Services remain.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2021