# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

NATHANIEL ERVIN                                              PLAINTIFF

v.                       No. 2:20-cv-120-DPM

ANGIE TURNER, Deputy; JOHN DOE,
Deputy; MICHAEL NEAL, Monroe
County Sheriff; MONROE COUNTY,
ARKANSAS; and SOUTHERN
PARAMEDIC SERVICES, INC.                                     DEFENDANTS

## JUDGMENT

Ervin's claims against Angie Turner, Deputy John Doe, Michael Neal, and Monroe County, Arkansas are dismissed with prejudice. Ervin's claims against Southern Paramedic Services are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2021